**FILED**

07/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0116

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 20-0116

LINCOLN PROPERTIES, LLC,

    Plaintiff/Appellant,

    v.

AMERICAN EQUITY EXCHANGE, INC.,

    Defendant/Appellee.

GRANT OF EXTENSION

Pursuant to Montana Rule of Appellate Procedure 26(1), Appellee American Equity Exchange, Inc. is given an extension of time until August 10, 2020, to prepare, file and serve its Response brief.

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 2 2020